Marion Joey McCLARY, Petitioner, v. The STATE, Respondent.
(337 S. E. (2d) 218)

Supreme Court

## ORDER

### Nov. 19, 1985.

This matter comes before the Court on a petition for a writ of certiorari after the denial of McClary's petition for post-conviction relief. The petition is denied.

We take this opportunity to clarify our holding in *State v. Woods*, 282 S. C. 18, 316 S. E. (2d) 673 (1984). In *Woods*, we held that our decision in *State v. Elmore*, 279 S. C. 417, 308 S. E. (2d) 781 (1983), would be applied retroactively. Adopting the reasoning of *Shea v. Louisiana*, 470 U. S. ____, 105 S. Ct. 1065, 84 L.Ed. (2d) 38 (1985), we now hold that *Elmore's* retroactive effect will be limited to cases pending on direct appeal and will not apply to collateral attacks on criminal convictions.

FINNEY, J., not participating.